JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEATS ELECTRONICS, LLC, a Delaware Limited Liability Company,<br><br>Beats,<br><br>v.<br><br>JACK DANGOOR, an Individual; J. DANGOOR INVESTMENTS, a California Corporation; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: CV14-04034 DSF (PLAx)<br><br>**FINAL JUDGMENT AND PERMANENT INJUNCTION** |

IT IS ORDERED, ADJUDGED AND DECREED:

Plaintiff BEATS ELECTRONICS, LLC, is awarded final judgment on its claims for relief against Defendant JACK DANGOOR and Defendant J. DANGOOR INVESTMENTS, jointly and severally, in the total amount of $1,340,505.00, consisting of statutory damages of $1,310,000.00, attorneys' fees of $29,800.00, and costs of $705.00.

Furthermore, IT IS ORDERED that Defendants and their agents,

- 1 -

employees, officers, directors, owners, attorneys, representatives, successor companies, related companies, and all persons acting in concert or participation with them, and each of them, shall be permanently restrained from:

    a.    The import, export, making, manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, shipment, licensing, development, display, delivery, marketing, advertising or promotion of the counterfeit Beats®-branded products identified in the Complaint and any other unauthorized Beats®-brand related products, or products bearing Plaintiff's Trademarks (including any non-genuine reproduction, counterfeit, copy or colorable imitation thereof).

    b.    The import, export, making, manufacture, reproduction, assembly, use, acquisition, purchase, offer, sale, transfer, brokerage, consignment, distribution, shipment, licensing, development, display, delivery, marketing, advertising or promotion of the infringing and diluting product identified in the Complaint and any other product that infringes or dilutes any Plaintiff's Trademark, trade name and/or trade dress including, but not limited to, any of Plaintiff's Trademarks at issue in this action.

    c.    The unauthorized use, in any manner whatsoever, of any Plaintiff's Trademark, trade name and/or trade dress including, but not limited to, the Plaintiff's Trademarks at issue in this action, any variants, colorable imitations, translations and/or simulations thereof and/or any items that are confusingly similar thereto, including specifically:

        i.    on or in conjunction with any product or service; and

        ii.    on or in conjunction with any advertising, promotional materials, labels, hangtags, packaging, or containers.

    d.    The use of any trademark, trade name, or trade dress that falsely represents, or is likely to confuse, mislead or deceive purchasers, customers, or members of the public to believe that unauthorized product imported, exported,

manufactured, reproduced, distributed, assembled, acquired, purchased, offered, sold, transferred, brokered, consigned, distributed, stored, shipped, marketed, advertised and/or promoted by Defendants as originating from Plaintiff, or that said merchandise has been sponsored, approved, licensed by, or associated with Plaintiff or is, in some way, connected or affiliated with Plaintiff.

  e. Engaging in any conduct that falsely represents that, or is likely to confuse, mislead, or deceive purchasers, customers, or members of the public to believe that Defendants are connected with, or are in some way sponsored by or affiliated with Plaintiff, purchases product from or otherwise has a business relationship with Plaintiff.

  f. Affixing, applying, annexing, or using in connection with the manufacture, distribution, advertising, sale, and/or offering for sale or other use of any goods, a false description or representation, including words or symbols, tending to falsely describe or represent such goods as being those of Plaintiff.

  g. Hiding, disposing of, destroying, moving, relocating or transferring any and all products, advertising, promotional materials, labels, hangtags, packaging or containers bearing any of Plaintiff's Trademarks; and/or

  h. Disposing of, destroying, moving, relocating or transferring any documents or things, including electronic records, pertaining to the purchase, procurement, development, making, manufacture, use, display, advertisement, marketing, licensing, sale, offer for sale, distribution, shipping, or delivery of any products or services bearing any Plaintiff's Trademarks or which otherwise refer or relate to Plaintiff or any of Plaintiff's Trademarks.

November 25, 2014

_____
HON. DALE S. FISCHER
United States District Judge