Michael N. Cohen (SB# 225348)
*mcohen@cohenip.com*
Joshua H. Eichenstein (SB#299392)
COHEN IP LAW GROUP
A Professional Corporation
9025 Wilshire Boulevard, Suite 301
Beverly Hills, California  90211
Phone: (310) 288-4500 • Fax: (310) 246-9980

Attorneys for Defendant
JACK DANGOOR, an Individual
J. DANGOOR INVESTMENTS, a
California Corporation, Universal Asset
Management Incorporated

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| BEATS ELECTRONICS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JACK DANGOOR, J. DANGOOR INVESTMENTS, UNIVERSAL ASSET MANAGEMENT INCORPORATED, and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. CV 14-04034-DSF(PLAx)<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Judge:    Hon. Dale S. Fischer |

Plaintiff and Defendants, by and through their respective counsel, hereby notify the Court that The parties have reached agreement on what they believe to be the material terms of a formal settlement agreement.  The parties anticipate that the agreement will be fully executed, and final documents filed with the Court, within thirty days.

- 1 -

Respectfully submitted,


Dated:  February 24, 2016                    COHEN IP LAW GROUP, P.C.


                                        By:    /s/ Michael N. Cohen
                                              Michael N. Cohen
                                              Attorneys for Defendants
                                              Jack Dangoor, J. Dangoor Investments, Universal
                                              Asset Management Incorporated


DATED: February 24, 2016          By:/s/ Joseph Peterson
                                     Joseph Peterson
                                     Christopher T. Varas
                                     Attorneys for Plaintiff
                                     BEATS ELECTRONICS, LLC


**Local Rule 5-4.3.4 Attestation:**

I hereby attest that all signatories listed on this filing, and on whose behalf it is submitted, concur in this filing's content and have authorized the filing.


By:    /s/ Michael N. Cohen
        MICHAEL N. COHEN